UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61917-JB

ERIC ROGERS,

    Plaintiff,

vs.

THREE ISLAND ASSOCIATES RETAIL,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The plaintiff, Eric Rogers, and the defendant, Three Island Associates Retail, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide 30 days from the date of filing this Notice to allow the parties to finalize their settlement agreement and submit a joint motion for dismissal with prejudice.

Dated: March 20, 2024.

| | |
|---|---|
| By: /s/Alberto R. Leal<br>Alberto R. Leal<br>Florida Bar No. 1002345<br>8927 Hypoluxo Rd. #157<br>Lake Worth, Florida 33467<br>Phone: 954-637-1868<br>albertolealesq@gmail.com<br>*Attorney for Plaintiff* | By: /s/Kenneth A. Knox<br>Kenneth A. Knox<br>Florida Bar No.: 829455<br>kknox@fisherphillips.com<br>John Y. Doty<br>Florida Bar No. 1030883<br>jdoty@fisherphillips.com<br>FISHER & PHILLIPS, LLP<br>201 E. Las Olas Blvd, Suite 1700<br>Fort Lauderdale, Florida 33301<br>(954) 525-4800—Telephone<br>*Attorneys for Defendant* |