UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-61917-JB

ERIC ROGERS,

     Plaintiff,

v.

THREE ISLAND ASSOCIATES RETAIL,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Parties' Notice of Settlement (the "Notice"), in which they advised that this case has settled in full. ECF No. [29]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the Parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of March, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE